JUDGE DAVID BRIONES

FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

2020 AUG 12 PM 12: 41

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | SEALED |
| | § | |
| Plaintiff, | § | CRIMINAL NO. EP-20-CR- |
| | § | |
| v. | § | **I N D I C T M E N T** |
| | § | |
| MARTIN RIVERA-FUENTES (1) | § | CT 1: 21:846 & 841(a)(1)-Conspiracy to |
| and | § | Possess a Controlled Substance with |
| LUIS IRAM MIRANDA (2), | § | Intent to Distribute; and |
| | § | CT 2: 21:841(a)(1)-Possession with Intent |
| Defendants. | § | to Distribute a Controlled Substance. |

THE GRAND JURY CHARGES:

# EP20CR1797

## COUNT ONE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii))

That beginning on or about December 12, 2017 and continuing through on or about

December 18, 2017, in the Western District of Texas, Defendants,

**MARTIN RIVERA-FUENTES (1) and
LUIS IRAM MIRANDA (2),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together,

with others to the Grand Jury known and unknown, to commit offenses against the United States,

in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess

a controlled substance, which offense involved methamphetamine, a Schedule II Controlled

Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections

841(a)(1) in the quantities set forth below:

Rev. 2017-11-30

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| MARTIN RIVERA-FUENTES (1) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 841(b)(1)(A)(viii) |
| LUIS IRAM MIRANDA (2) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 841(b)(1)(A)(viii) |

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii))

That on or about December 13, 2017, in the Western District of Texas, Defendants,

**MARTIN RIVERA-FUENTES (1) and
LUIS IRAM MIRANDA (2),**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney

Rev. 2017-11-30